IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JAB Energy Solutions II, LLC | Case No. 21-11226 (CTG) |
| Debtor. | |
| Turnkey Offshore Project Services, LLC<br>Offshore Technical Solutions, LLC | |
| Appellants, | Civil Action No. 22-cv-349-CFC |
| v. | |
| JAB Energy Solutions II, LLC | |
| Appellee | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Matthew B. Harvey and Brian Loughnane of Morris, Nichols, Arsht & Tunnell LLP withdraw their appearance as counsel for Turnkey Offshore Project Services, LLC ("**TOPS**") and Offshore Technical Solutions, LLC ("**OTS**," together with TOPS, collectively the "**Appellants**") in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that Joseph C. Barsalona II of Pashman Stein Walder Hayden, P.C. hereby enters his appearance as counsel for Appellants in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that all other counsel of record will continue to represent TOPS and OTS, and are not intended to be affected by this notice.

Dated: June 16, 2022
         Wilmington, Delaware

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **PASHMAN STEIN WALDER HAYDEN, P.C.** |
|---|---|

/s/ Matthew B. Harvey
Matthew B. Harvey (No. 5186)
Brian Loughnane (No. 6853)
1201 N. Market Street., 16th Floor
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: mharvey@morrisnichols.com
         bloughnane@morrisnichols.com

*Counsel to Turnkey Offshore Project Services, LLC and Offshore Technical Solutions, LLC*

/s/ Joseph C. Barsalona II
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street 4th Floor #183
Wilmington, DE 19801-1242
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

*Counsel to Turnkey Offshore Project Services, LLC and Offshore Technical Solutions, LLC*

– and –

**NALLEY, DEW, AND MINER, APLC**
A Professional Law Corporation
George J. Nalley, Jr. (admitted *Pro Hac Vice*)
2450 Severn Avenue
Metairie, LA 70001
Telephone: (504) 838-8188
Email: george@gnalley.com

*Counsel to Turnkey Offshore Project Services, LLC*

– and –

**BOHMAN MORSE, LLC**
Martin S. Bohman (admitted *Pro Hac Vice*)
400 Poydras Street, Suite 2050
New Orleans, LA 70130
Telephone: (504) 930-4009
Facsimile: (888) 757-6899
Email: martin@bohmanmorse.com

*Counsel to Offshore Technical Solutions, LLC*

## CERTIFICATE OF SERVICE

I, Joseph C. Barsalona II, hereby certify that on June 16, 2022, I caused a copy of the foregoing *Notice of Substitution of Counsel* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street 4th Floor #183
Wilmington, DE 19801-1242
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

*Counsel to Turnkey Offshore Project Services, LLC and Offshore Technical Solutions, LLC*